UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GABRIELE GOERN,

    Plaintiff,

Vs.                        CASE No.: 2:16-cv-00755-UA-MRM

EVERGLADES DAY SAFARI, INC.,

    Defendant.

_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

    Plaintiff Gabriele Goren (hereinafter "Plaintiff") and Defendant, Everglades Day Safari, Inc. hereinafter "Defendant"), by and through their undersigned attorneys, and as required by Local Rule 3.08(a) hereby jointly request that the Court approve the terms of the settlement they have agreed to following negotiations, dismiss this case with prejudice, and retain jurisdiction to enforce the terms of the parties' settlement. In support of this motion, the parties state as follows.

1. Plaintiff filed this case and alleged that she was a nonexempt employee who was not paid all of her wages including overtime pursuant to the FLSA and Florida Statute § 448.01. Although Defendants deny liability, they have agreed as a business decision to resolve Plaintiff's claims in full.

2. The Parties have agreed to a settlement amount, of $8,500.00 to the Plaintiff in full and final satisfaction of her claim, including her claim for attorney's fees and costs. The Plaintiff has agreed to accept $4,545.70 in back wages, as a full and fair settlement of her claims. Counsel for the Plaintiffs, Lusk, Drasites & Tolisano, P.A. shall receive $3,400 in attorney's fees and the sum of $554.30 as costs.

3. The payment shall be made as follows. The Defendant shall issue a certified check, money order, or other cleared funds made payable to the "Lusk, Drasites, & Tolisano, P.A. Trust Fund" in the amount of Three Thousand Four Hundred Dollars ($3,400) for attorney's fees and Five Hundred Fifty Four Dollars and Thirty Cents ($554.30) within twenty (20) days of the Court's approval of this settlement agreement. A second payment in the amount of Four Thousand Five Hundred Forty Five Dollars and Seventy Cents ($4,545.70) within forty (40) days of the Court's approval of this settlement agreement made payable to the "Lusk, Drasites, & Tolisano, P.A. Trust Fund". Upon receipt of the second payment, the Plaintiff will file a notice of dismissal with prejudice. If any settlement payments due and owing are not paid within the time constraints described above, the Defendant agrees to pay Plaintiff's costs, including reasonable attorney's fees related to the efforts to obtain payment. The check constitutes the payment of plaintiff's unpaid wages and payment of all reasonable attorney's fees and costs.

4. Based upon a review of Plaintiff's claims, and the documentation provided by Defendants, the parties believe and represent that the Plaintiff has been offered a fair and reasonable settlement, without compromise, for all the work she performed on Defendant's behalf, and that the settlement between the parties constitutes a fair and reasonable resolution of a bona fide dispute over FLSA issues, in accordance with Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

5. In exchanged for the consideration provided for in this Agreement, Plaintiff hereby unconditionally releases the Defendant, from any and all claims, complaints, suits, controversies, damages, liabilities, and expenses of any nature whatsoever related to her employment by the Defendant.

6. Plaintiff's attorney's fees were agreed upon separately and without regard to the amount paid to Plaintiff in settlement of her FLSA claims, and Plaintiff's recovery was not adversely affected by the amount of fees paid to her attorney.

**WHEREFORE**, the Parties respectfully requests that the Court enter an order: (1) approving the terms of the settlement of plaintiff's claims; (2) retaining jurisdiction to enforce the terms of the settlement; and (3) granting such further relief as the Court deems just.

DATED this 15th day of June, 2017.

| | |
|---|---|
| /s/ Don Mathews | /s/ Leon M. Walsh, Jr. |
| Don Mathews | Leon M. Walsh, Jr. |
| Florida Bar No.: 0579882 | Florida Bar No.: 0071061 |
| Don Mathews & Associates. P.A. | LUSK, DRASITES & TOLISANO P.A. |
| Attorneys for *Defendant* | Attorneys for *Plaintiff* |
| 1700 Medical Ln. Ste 103 | 202 S. Del Prado Blvd |
| Fort Myers, Florida 33907 | Cape Coral, Florida 33990 |
| 239-489-4915 | 239-574-7442 |
| dmathews@dmathewslaw.com | leon@ldtlaw.com |